**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **UNICOM SYSTEMS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | No. CV 04-4604  AJW |
| ) | |
| v. ) | |
| ) | **JUDGMENT ON JURY VERDICT** |
| **FARMERS GROUP, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**IT IS ADJUDGED** that plaintiff shall recover from defendant the sum of **five hundred eight thousand, six hundred forty four dollars ($508,644)**(representing the amount awarded by the jury to plaintiff as damages ($816,000), less the amount to which the jury found defendant entitled as a setoff for overpayment ($307,356)), with interest thereon at the rate provided by law, and costs of suit.

DATED:   February 4, 2008

/ s /

_____
ANDREW J. WISTRICH
United States Magistrate Judge