SPILLANE SHAEFFER
  ARONOFF BANDLOW LLP
Jay M. Spillane (Bar No. 126364)
jspillane@ssablaw.com
Jeffrey H. Grant (Bar No. 218974)
jgrant@ssablaw.com
Emily S. Birdwhistell (Bar No. 248602)
ebirdwhistell@ssablaw.com
1880 Century Park East, Ste 1004
Los Angeles, CA 90067-2627
Telephone: (310) 229-9300
Fax: (310) 229-9380

Gerard R. Kilroy (Bar No. 94023)
gkilroy@unicomsi.com
UNICOM Systems, Inc.
15535 San Fernando Mission Blvd., Ste 310
Mission Hills, California 91345
Telephone: (818) 838-0606
Fax: (818) 838-0776

Attorneys for Plaintiff
UNICOM Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOM SYSTEMS, INC., a California corporation,<br><br>            Plaintiff,<br><br>  v.<br><br>FARMERS GROUP, INC.,<br><br>            Defendant. | Case No. CV 04 4604 AJW<br><br>**DECLARATION OF JAY M. SPILLANE IN SUPPORT OF MOTION BY PLAINTIFF UNICOM SYSTEM, INC. FOR AN AWARD OF COSTS AND ATTORNEYS' FEES**<br><br>Date: March 31, 2008<br><br>Time: 10:00 a.m.<br><br>Ctrm: 690<br><br>Judge: Hon. Andrew J. Wistrich |

SSAB LLP

**DECLARATION OF JAY M. SPILLANE**

I, Jay M. Spillane, declare:

1.  I am a partner of Spillane Shaeffer Aronoff Bandlow LLP, counsel for Plaintiff UNICOM in this action. The following facts are stated on my personal knowledge, and if called as a witness, I would testify competently thereto.

2.  I graduated Order of the Coif from Hastings College of the Law in 1986. I was a litigation associate at O'Melveny & Myers from 1986 to 1990, and at Gipson Hoffman Pancione from 1990 to 1994, prior to forming my own firm, now known as Spillane Shaeffer Aronoff Bandlow LLP. I have practiced business litigation for over twenty years. I handle litigation matters for clients in the Internet, motion picture, television, music, sports, advertising, publishing, real estate, investment, technology and software industries. I also represent public entities in municipal and regulatory disputes.

3.  I have been the principal trial attorney in dozens of cases before the Los Angeles Superior Court and Central District of California, as well as federal cases in jurisdictions such at the Northern District of California, the Eastern District of Virginia and the Southern District of Florida. Some of my cases have resulted in published opinions: *Banner Entertainment v. Superior Court*, 62 Cal. App. 4th 348 (1998); *Seven Words, LLC v. Network Solutions*, 260 F.3d 1089 (9th Cir. 2001); *Perfect 10, Inc. v. CCBill, LLC*, 340 F. Supp. 2nd 1077 (C.D. Cal. 2004), aff'd in part, 481 F.3d 751 (9th Cir. 2007).

4.  I have been a frequent lecturer at forums such as the Harvard Sports and Entertainment Law Symposium and the Beverly Hills Bar Association. I have chaired the Entertainment and Litigation sections and served on the board of the Beverly Hills Bar Association. I am currently serving as a lawyer delegate to the Ninth Circuit Judicial Conference.

5.  Currently Spillane Shaeffer Aronoff Bandlow LLP has thirteen attorneys, all devoted to business litigation. Details about the firm may be found at

SSAB LLP

www.ssablaw.com.  Currently the firm represents clients including the Ports of Los Angeles and Long Beach, Payless, NBC/Universal, Sony Pictures Entertainment, Discovery Channel and Hallmark.

      6.      Between Spring 2004 and Winter 2008, our attorneys and paralegals spent 4,831 hours on this matter.  The work covered included initial case evaluation, appearances at status conferences, discovery including depositions, potential expert analysis, motions to continue, a summary judgment motion, pretrial subpoenas, writs and motions *in limine* and a ten day jury trial.

      7.      During discovery, Farmers propounded three sets of requests for production of documents to UNICOM, including 67 individual requests for documents.  Farmers propounded three sets of requests for interrogatories, including 23 individual interrogatories.  Farmers propounded two sets of requests for admission, including 46 individual requests for admissions.  In addition to providing formal written responses to all of Farmers' requests, UNICOM produced thousands of pages of responsive documents.

      8.      Sixteen witnesses were deposed in this case, some for multiple days.  This included Farmers' deposition of Corry Hong, which spanned three days, and Farmers' depositions of Eugene Smith and Richard Crunelle, each of which spanned two days.  UNICOM also deposed several Farmers representatives to attempt to uncover Farmers' actual use of PIE/CICS Software.

      9.      Despite my extensive experience, I agreed to represent UNICOM in this matter at the rate of $375 per hour.  This is a significant discount from my regular rate of $450 per hour.  $375 per hour is substantially less than the rates charged by attorneys' with similar experience who work at other firms practicing business litigation.

      10.      As it is, $450 per hour is a billing rate comparable to the rates of attorneys at similar firms who graduated the same year as I did.

11. My associate, Jeffrey Grant, graduated from University of Iowa College of Law in 2001, and was formerly an associate with O'Donnell Shaeffer Mortimer LLP and Brown, Raysman, Millstein, Felder & Steiner. Mr. Grant has substantial litigation experience in the trial and appellate court levels in a large variety of civil matters. He was named a Southern California Super Lawyers Rising Star in 2007 and 2008. His billing rate is $305 per hour.

12. I also received the assistance of Alex Weingarten, who is a graduate of Georgetown University Law Center. He was formerly an associate with Manatt Phelps & Phillips, and currently is a partner in his own firm, Lager Weingarten LLP. Mr. Weingarten has extensive experience in both state and federal court, including all phases of pre-trial, trial and appellate practice. Mr. Weingarten has tried several cases in a variety of forums, including before juries, judges and/or arbitrators. His billing rate on this case ranged from $255-$300 per hour.

13. I also received the assistance of Emily Birdwhistell, who graduated from Georgetown University Law Center in 2006. Her billing rate is $225 per hour.

14. Several paralegals assisted in this case as well. Sharon Wright is a graduate of Brigham Young University and a certified senior paralegal with 10 years of experience in litigation. Her billing rate was between $145-$165 per hour during this case. Lupe Sanchez was also a senior paralegal at the firm who assisted with this case. Her billing rate was $125 per hour. I was also assisted by paralegal Marina Pascu, who has over 5 years of experience and whose billing rate is $145 per hour, and Abbe Anderson, a 2007 graduate of the University of Southern California whose billing rate was between $70-$85 per hour.

15. As a founding partner of the firm, I am often directly involved in the firm's surveys of billing rates and salaries throughout the Los Angeles area. The rates we charge are significantly below the rates charged in Los Angeles by national law firms that are based in Los Angeles or New York, for example, O'Melveny & Myers. Generally, our rates are comparable to or slightly under those charged by regional

1 firms with offices in West Los Angeles, for example Jeffer Mangels Butler &
2 Marmaro LLP and Christensen, Glaser, Fink, Jacobs, Weil & Shapiro LLP.  I therefore
3 believe that the rates charged by our firm are reasonable and similar to those charged
4 by comparable firms in the Los Angeles community.

5     16. Based on the rates described above, UNICOM has incurred $1,299,738.75
6 in attorneys' fees through January 2008.  Attached hereto as Exhibit A is a run from
7 our timekeeping software listing chronologically the time expended on this matter
8 through January 31, 2008.  I have redacted only information reflecting confidential
9 attorney-client privilege or work product information.  I have attempted to be minimal
10 in the redaction process in the interest of providing full information to the Court,
11 however, all objections as to privilege are expressly reserved.

12     17. UNICOM incurred $57,304.18 in costs and expenses, not including expert
13 witness fees and costs recoupable under 28 USC § 1920 that are the subject of
14 UNICOM's concurrently filed Bill of Costs.  Attached hereto as Exhibit B is an
15 itemization of those costs and expenses.  These costs were reasonable and necessary to
16 prosecute this action against Farmers.

17     18. UNICOM incurred $80,025 in expert witness fess in prosecuting this
18 action.  Attached hereto as Exhibit C is an itemization of those expert witness fees.
19 These costs were reasonable and necessary to prosecute this action against Farmers.

20     19. Attached as Exhibit D is a true and correct copy of Jury Note – Number 3,
21 dated February 4, 2008.

22     This declaration was executed on February 19, 2008 at Los Angeles, California.
23 I declare under penalty of perjury that the foregoing is true and correct.

25 By: _____
26 Jay M. Spillane
Attorneys for Plaintiff UNICOM Systems, Inc.

SSAB LLP

4